UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ANDREW WILLEY § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:18–CV–00081 |
| § | |
| HON. JACK EWING § | |
| § | |
| Defendant. § | |

## AGREED FINAL JUDGMENT

Plaintiff Andrew Willey and Defendant Hon. Jack Ewing ("Judge Ewing") have agreed to settle this case.

As set forth more fully in the settlement agreement attached as Exhibit 1, it is understood by the parties that, by agreeing to settle this case, Judge Ewing is not admitting liability.

THEREFORE, it is hereby ORDERED that the parties shall follow the terms set forth in the Settlement Agreement, attached as Exhibit 1. The Court retains jurisdiction solely for the purpose of enforcing the terms of the settlement agreement.

**SIGNED** at Galveston, Texas on this 22nd day of April, 2019.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2

| | |
|---|---|
| */s/ Charles Gerstein* <br> Charles Gerstein <br> (S.D. Tex. Bar No. 2998395) <br> Eric Halperin <br> (*pro hac vice*) <br> Civil Rights Corps <br> 910 17th Street NW, Suite 200 <br> Washington, DC 20006 <br> charlie@civilrightscorps.org <br> (202) 670-4809 <br> *Attorneys for Plaintiff* | */s/Michael J. Lowenberg* <br> **MICHAEL J. LOWENBERG** <br> Federal Bar No. 22584 <br> Texas Bar No. 24001164 <br> Mike@thetexastriallawyers.com <br> **ANDREW D. KUMAR** <br> Federal Bar No. 1409965 <br> Andrew@thetexastriallawyers.com <br> 7941 Katy Freeway, Suite 306 <br> Houston, Texas 77024 <br> (832) 241-6000 <br> *Attorneys for Defendant* |